# Order

Michigan Supreme Court
Lansing, Michigan

May 28, 2021

Bridget M. McCormack,
Chief Justice

161780(38)

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

DARIN REY ALDRIDGE,
      Defendant-Appellant.
_____/

SC: 161780
COA: 349082
St. Clair CC: 18-002783-FH

On order of the Chief Justice, the motion of plaintiff-appellee to extend the time for filing its answer to the application for leave to appeal is GRANTED. The answer will be accepted as timely filed if submitted on or before June 23, 2021.





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 28, 2021

Clerk